FILED
CLERK, U.S. DISTRICT COURT
OCT 23 2015
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO RUIZ SALAZAR,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>LOS ANGELES SUPERIOR COURT,<br><br>　　　　Respondent. | Case No. CV 15-6786-MWF (JPR)<br><br>**J U D G M E N T** |

Pursuant to the Order Summarily Dismissing Petition for Writ of Error Coram Nobis,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: October 23, 2015.

　　　　　　　　　　　　　　　　　　/s/ Michael W. Fitzgerald
　　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE